| | |
|---|---|
| 1 | Michael J. Wise, Bar No. 143501 |
|   | MWise@perkinscoie.com |
| 2 | Lauren Sliger, Bar No. 213880 |
|   | LSliger@perkinscoie.com |
| 3 | John E. Peterson, Bar No. 197978 |
|   | JEPeterson@perkinscoie.com |
| 4 | PERKINS COIE LLP |
|   | 1620 26th Street |
| 5 | Sixth Floor, South Tower |
|   | Santa Monica, CA  90404-4013 |
| 6 | Telephone:  310.788.9900 |
|   | Facsimile:  310.788.3399 |

JS-6

Attorneys for Plaintiff, Counterdefendant and Counterclaimant
Artistry In Motion, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

ARTISTRY IN MOTION, INC., a California corporation,

         Plaintiff,

   v.

PARTI-LINE INTERNATIONAL, L.L.C., a Louisiana limited liability company, and RONEE HOLMES, an individual,

         Defendants.

---

RONEE HOLMES, an individual,

   Counterclaimant and Counterdefendant, and

PARTI-LINE INTERNATIONAL, L.L.C., a Louisiana limited liability company,

         Counterdefendant,

   v.

ARTISTRY IN MOTION, INC., a California corporation,

   Counterclaimant and Counterdefendant.

Case No. CV 08-206 CAS (Ex)

**ORDER TO DISMISS**

54687-0005/LEGAL15828349.2

CV08-206 CAS

[PROPOSED] ORDER TO DISMISS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

THE COURT having reviewed the Stipulation for Dismissal, the file in this matter and being fully advised in the premises does hereby

ORDER that the above-captioned action is hereby dismissed without prejudice, each party to bear their own costs, including attorneys' fees.

IT IS SO ORDERED.

DATED __April 16, 2009_____      *Christine A. Snyde*
                                 _____
                                 United States District Judge